UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVID MOSS,

                   Plaintiff,                            **<u>ORDER</u>**

      -against-                             24-CV-1678 (LDH)(AYS)

EXPERIAN INFORMATION SOLUTIONS INC;
BRIAN CASSIN, individually and in his official
capacity as CEO Experian Information Solutions;
and NYC CHILD SUPPORT ENFORCEMENT
AGENCY,

                   Defendants.
------------------------------------------------------------------X
LASHANN DEARCY HALL, United States District Judge:

       Plaintiff David Moss filed this *pro se* action in the United States District Court for the Southern District of New York.  (Compl., ECF No. 1.)  On February 15, 2024, Plaintiff filed an application to proceed *in forma pauperis* ("IFP"); however, Plaintiff did not sign the IFP application nor the Complaint.  (ECF Nos. 1, 3.)  On February 28, 2024, the United States District Court for the Southern District of New York directed that the Complaint be transferred to this Court.  (ECF No. 6.)  By letter dated March 22, 2024, the Court sent Plaintiff a deficiency notice.  (ECF No. 10.)  However, in error, the Court's notice directed Plaintiff to submit a filing fee or IFP application rather than informing Plaintiff that all papers must be filed with an original signature.  (ECF No. 10.)  Consequently, Plaintiff responded by sending a signed IFP application as instructed by the Court.  (ECF No. 11.)

       The Court mailed a second letter on April 11, 2024, directing Plaintiff to send a signed complaint within 14 days.  The April 11, 2024 letter and previous mailings were returned as undeliverable.  (ECF Nos. 13, 14.)  On July 31, 2024, the Court received a letter from Plaintiff providing a new address in Vancouver, Canada.  (ECF No. 15.)  On August 2, 2024, the Court mailed a deficiency notice to Plaintiff at his new address directing him to submit a complaint with an original signature.  (ECF No. 16.)  On August 6, 2024, the Court received Plaintiff's

consent to receive electronic notification.  (ECF No. 17.)  To date, Plaintiff has not submitted a complaint with an original signature.

In light of Plaintiff's *pro se* status, the Court grants additional time to comply.  However, if Plaintiff fails to submit a signed complaint within 30 days from the date of this order, this complaint will be dismissed without prejudice.  No further extension shall be granted without good cause shown.  If Plaintiff submits the signed complaint, the complaint will be reviewed pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine whether the complaint "is frivolous or malicious; fails to state a claim on which relief may be granted; or seeks monetary relief against a defendant who is immune from such relief."  28 U.S.C. § 1915(e)(2)(B).

The Clerk of Court is requested to send a copy of this Order, along with a copy of the unsigned complaint, to Plaintiff at the address provided.  No response from the Defendants to this action is required at this time.

SO ORDERED.


                /s/ LDH
                LASHANN DEARCY HALL
                United States District Judge

Dated: April 14, 2026
       Brooklyn, New York